1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT VASQUEZ,

11            Plaintiff,                    No.  2:12-cv-2562 JAM CKD P

12        vs.

13   STATE OF CALIFORNIA, et al.,

14            Defendants.            ORDER

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  On December 3, 2012, the undersigned recommended

18   that this action be dismissed without prejudice due to plaintiff's failure to file a completed

19   application to proceed in forma pauperis on the form used by this district.  (Dkt. No. 18.)

20            On December 27, 2012, plaintiff filed an untitled assortment of documents,

21   including an inmate trust account statement.  (Dkt. No. 19 at 7.)  However, plaintiff did not

22   submit the certificate portion of the in forma pauperis application, which must be filled out and

23   signed by an authorized prison official.  See 28 U.S.C. § 1915(a)(2).  Because plaintiff made

24   some attempt to apply for in forma pauperis status, the court will vacate its recommendation of

25   dismissal and plaintiff will be provided another opportunity to submit a fully completed

26   application to proceed in forma pauperis.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. The December 3, 2012 recommendation that this action be dismissed without

3    prejudice (Dkt. No. 18) is hereby vacated;

4    2.  The Clerk of the Court shall provide plaintiff with another copy of the in forma

5    pauperis application used by this court; and

6    3.  Plaintiff shall submit, within thirty days from the date of this order, a fully

7    completed in forma pauperis application.  Plaintiff's failure to comply with this order will result

8    in a recommendation that this action be dismissed without prejudice.

9    Dated: January 24, 2013

10

11   CAROLYN K. DELANEY
     UNITED STATES MAGISTRATE JUDGE

12

13

14   2
     vasq2562.vac

15

16

17

18

19

20

21

22

23

24

25

26