1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT VASQUEZ,

11          Plaintiff,                      No. 2:12-cv-2562 JAM CKD P

12       vs.

13   STATE OF CALIFORNIA, et al.,

14          Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16          By order filed February 15, 2013, plaintiff was granted thirty days to file a

17   certified copy of his prison trust account statement for the six-month period immediately

18   preceding the filing of the complaint.  (Dkt. No. 24, citing 28 U.S.C. § 1915(a)(2).)  In similar

19   orders filed October 17, 2012 and January 25, 2013, plaintiff was advised that failure to file a

20   complete application to proceed in forma pauperis, including a certified copy of his trust account

21   statement, would result in a recommendation that this action be dismissed without prejudice.

22   (Dkt. Nos. 12, 20.)

23          Plaintiff's most recent thirty-day period to file a certified statement has expired,

24   and while he has filed various documents, they do not include a certified trust account statement.

25   As plaintiff has had ample opportunity to file a certified statement and failed to do so, the

26   undersigned will recommend that this action be dismissed without prejudice.

1

1            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

2    without prejudice.

3            These findings and recommendations are submitted to the United States District

4    Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

5    days after being served with these findings and recommendations, any party may file written

6    objections with the court and serve a copy on all parties.  Such a document should be captioned

7    "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

8    shall be served and filed within fourteen days after service of the objections.  The parties are

9    advised that failure to file objections within the specified time may waive the right to appeal the

10   District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11    Dated: April 11, 2013

12                             _____

13                             CAROLYN K. DELANEY
                                   UNITED STATES MAGISTRATE JUDGE

14

15

16   2
vasq2562.fifp_2

17

18

19

20

21

22

23

24

25

26